USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VERONICA AZUCENA QUEZADA MARIN,

Petitioner,

-against-

26-cv-8917 (LAK)

ARTHUR WILSON, *et al.*,

Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

No later than October 14, 2026, the government shall submit (1) a declaration from an official with personal knowledge of petitioner's case that details (a) the procedures that were used to classify petitioner as "high risk" and (b) the substantive basis for that decision, and (2) any police reports or court records in the government's possession concerning the arrests mentioned in footnote 1 of the government's October 9 letter (Dkt 10).

SO ORDERED.

Dated: October 13, 2026

Lewis A. Kaplan
United States District Judge