USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
VERONICA AZUCENA QUEZADA MARIN,

Petitioner,

-against-

26-cv-8917 (LAK)

ARTHUR WILSON, *et al.*,

Respondents.
---------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Petitioner shall respond to the arguments raised in the Government's most recent letter (Dkt 20) on or before November 18, 2026.

SO ORDERED.

Dated: November 5, 2026

Lewis A. Kaplan
United States District Judge