USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-19-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VERONICA AZUCENA QUEZADA MARIN,

Petitioner,

-against- 26-cv-8917 (LAK)

ARTHUR WILSON, *et al.*,

Respondents.
------------------------------------------x

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

LEWIS A. KAPLAN, *District Judge*.

Substantially for the reasons stated in the Government's November 3, 2026 letter (Dkt 20), to which petitioner filed no timely response, the petition for a writ of habeas corpus (Dkt 1) is denied. To the extent that petitioner challenges her detention prior to the entry of a final order of removal on October 16, 2026, the petition is moot. The denial is without prejudice to a renewed petition for relief should petitioner's detention under 8 U.S.C. § 1231(a)(2) become unreasonably prolonged. The Court's October 8, 2026 order (Dkt 8) is vacated, and the Government's motion to modify the October 8 order (Dkt 10) is denied as moot. The Clerk shall close this case.

SO ORDERED.

Dated: November 19, 2026

Lewis A. Kaplan
United States District Judge